# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE MUNDY, #90111,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00162-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| POLICE DEPT OF BUNKIE<br>Defendant | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's civil rights Complaint under 42 U.S.C. § 1983 [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A.

THUS, DONE AND SIGNED in Chambers on this 17th day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE